```
                                              FILED
 1  DAVID L. ANDERSON (CABN 149604)
    United States Attorney                   Jul 22 2020
 2
    HALLIE HOFFMAN (CABN 210020)             SUSAN Y. SOONG
 3  Chief, Criminal Division            CLERK, U.S. DISTRICT COURT
                                      NORTHERN DISTRICT OF CALIFORNIA
 4  MOLLY K. PRIEDEMAN (CABN 302096)         SAN FRANCISCO
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, Box 36055
 6     San Francisco, California 94102-3495
       Telephone: (415) 436-7332
 7     FAX: (415) 436-7234
       molly.priedeman@usdoj.gov
 8
    Attorneys for United States of America
 9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12
13  UNITED STATES OF AMERICA,         )   NO. CR 3:20-MJ-70917 MAG
                                      )
14       Plaintiff,                   )   NOTICE OF DISMISSAL
                                      )
15     v.                             )
                                      )
16  NELLY GABUEVA,                    )
    a/k/a Nelly Allen, Nelly Allen Gabueva, Nelly )
17  Gabutti,                          )
                                      )
18       Defendant.                   )
19
20       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

21  States Attorney for the Northern District of California dismisses the above complaint against NELLY

22  GABUEVA without prejudice.

23

24  DATED: July 20, 2020                      Respectfully submitted,

25                                            DAVID L. ANDERSON
                                              United States Attorney
26

27                                            _____/s/_____
                                              HALLIE HOFFMAN
28                                            Chief, Criminal Division

    NOTICE OF DISMISSAL
    No. CR 3:20-mj-70917 MAG_____                                           v. 7/10/2018
```

1
2
3   Leave is granted to the government to dismiss the complaint against NELLY GABUEVA without prejudice.
4
5
6
7   Date: 7/22/2020

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF DISMISSAL
No. CR 3:20-mj-70917  MAG_____                                    v. 7/10/2018