1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division
4  MOLLY K. PRIEDEMAN (CABN 302096)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7332
7      FAX: (415) 436-7234
       molly.priedeman@usdoj.gov
8
   Attorneys for United States of America
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,         ) CASE NO. 3:20-mj-70917 MAG
14                                   )
          Plaintiff,                  )
15                                   )
      v.                              ) MOTION TO SEAL DOCKET
16                                   )
   NELLY GABUEVA,                     )
17 Aka Nelly Allen, Nelly Allen Gabueva, Nelly ) **UNDER SEAL**
   Gabutti                            )
18                                   )
          Defendant.
19

20     The United States hereby moves the Court for an Order sealing, until further order of this Court,

21 this Motion, the previously-filed Criminal Complaint, Affidavit in Support of Criminal Complaint and

22 Arrest Warrant, the Arrest Warrant, the Summons in a Criminal Case, and the docket in the above-

23 captioned case.

24     The reason for this request is that the government has moved to dismiss this case without

25 prejudice in furtherance of an ongoing investigation, and the defendant has been neither served with a

26 summons nor arrested on the issued warrant. Disclosure of this information at this time could

27 jeopardize the progress of this ongoing federal investigation.

28     The United States also requests that, notwithstanding any sealing order, the Clerk of Court be

MOTION TO SEAL
**[UNDER SEAL]**                        1

1 | required to give copies of the sealed documents to employees of the United States Attorney's Office.

3 | DATED: July 22, 2020        Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
MOLLY K. PRIEDEMAN
Assistant United States Attorney

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MOLLY K. PRIEDEMAN (CABN 302096)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California  94102-3495
        Telephone: (415) 436-7332
7       FAX: (415) 436-7234
        molly.priedeman@usdoj.gov
8
   Attorneys for United States of America
9
   UNITED STATES OF AMERICA,           ) CASE NO. 3:20-mj-70917 MAG
10                                     )
         Plaintiff,                    )
11                                     ) [PROPOSED] SEALING ORDER
      v.                               )
12                                     )
   NELLY GABUEVA,                      )
13 Aka Nelly Allen, Nelly Allen Gabueva, Nelly )
   Gabutti,                            ) **UNDER SEAL**
14       Defendant.                    )

15

16     Upon motion of the United States and for good cause shown, IT IS HEREBY ORDERED that

17 the Government's Motion to Seal, the previously-filed Criminal Complaint, Affidavit in Support of

18 Criminal Complaint and Arrest Warrant, the Arrest Warrant, the Summons in a Criminal Case, and the

19 docket in the above-referenced matter shall be sealed until further order of this court.

20     This Order is made for good cause shown, specifically to prevent jeopardizing the progress of an

21 ongoing federal investigation.

22 \\

23 \\

24 \\

25 \\

26 \\

27 \\

28 \\

   [PROPOSED] SEALING ORDER                    1
   **[UNDER SEAL]**

Endorsed, filed copies of the aforementioned documents shall be provided to the United States Attorney's Office.

IT IS SO ORDERED.

DATED: __July 24, 2020_____

_____
HON. SALLIE KIM
United States Magistrate Judge