AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
AUG 25 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

REC. 07-09-2020 @ 7:30 AM

United States of America
v.
Nelly Gabueva,
aka Nelly Allen, Nelly Allen Gabueva, Nelly Gabutti

)
)
)
)
)
)
)

Case No. 3:20-mj-70917 MAG

FID 11142273

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Nelly Gabueva (aka Nelly Allen, Nelly Allen Gabueva, Nelly Gabutti),
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1341 - Mail Fraud

Date:   07/08/2020

*Issuing officer's signature*

City and state:   San Francisco, CA

HON. THOMAS S. HIXON, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

**UNEXECUTED**

*Arresting officer's signature*

*Printed name and title*