UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>              Plaintiff,<br>   v.<br>GABUEVA,<br>              Defendant. | Case No. 20-mj-70917-MAG-1   (SK)<br><br>*SEALED*<br><br>**ORDER REQUIRING RESPONSE**<br><br>Regarding Docket Nos. 5 |

The Court has received the Motion to Intervene and Unseal filed by third party Eugene Volokh. The Government may respond to the motion by December 11, 2020. No reply is permitted. A copy of this order may be provided to Eugene Volokh.

**IT IS SO ORDERED**.

Dated: December 4, 2020

_____
SALLIE KIM
United States Magistrate Judge