1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MOLLY K. PRIEDEMAN (CABN 302096)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        Molly.priedeman@usdoj.gov
8

9  Attorneys for United States of America

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,           )  CASE NO. 3:20-mj-70917 MAG
                                       )
14         Plaintiff,                  )
                                       )  UNITED STATES' APPLICATION TO UNSEAL
15    v.                               )  AND [PROPOSED] ORDER
                                       )
16 NELLY GABUEVA,                      )
   Aka Nelly Allen, Nelly Allen Gabueva, Nelly )
17 Gabutti                             )
                                       )
18         Defendant.

19
       The United States respectfully moves this Court to unseal the previously-filed Criminal
20
   Complaint, Affidavit in Support of Criminal Complaint and Arrest Warrant, the Arrest Warrant, the
21
   Summons in a Criminal Case, the Notice of Dismissal, the Motion to Seal and Sealing Order, and the
22
   docket in the above-captioned case. The federal investigation has been completed. Therefore, it is no
23
   longer necessary for the documents and the docket to be sealed.
24
   \\
25
   \\
26
   \\
27
   \\
28

MOTION TO UNSEAL
20:mj-70917 MAG                              1

1 | DATED: December 4, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Molly K. Priedeman*
MOLLY K. PRIEDEMAN
Assistant United States Attorney

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MOLLY K. PRIEDEMAN (CABN 302096)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        Molly.priedeman@usdoj.gov
8

9       Attorneys for United States of America

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,         ) CASE NO. 3:20-mj-70917 MAG
                                       )
14 |      Plaintiff,                   )
                                       ) [~~PROPOSED~~] ORDER
15 |   v.                              )
                                       )
16 | NELLY GABUEVA,                    )
     Aka Nelly Allen, Nelly Allen Gabueva, Nelly )
17 | Gabutti,                          )
          Defendant.                   )
18

19       Upon motion of the United States and for good cause shown, IT IS HEREBY ORDERED that

20 each docket entry in the above-captioned case be unsealed, including the Criminal Complaint, Affidavit

21 in Support of Criminal Complaint and Arrest Warrant, the Arrest Warrant, the Summons in a Criminal

22 Case, the Notice of Dismissal, the Motion to Seal and Sealing Order, and the docket.

23       The Motion to Intervene and Unseal filed by third party Eugene Volokh is DENIED as moot.

24       IT IS SO ORDERED.

25 DATED:  December 8, 2020

26                                          _____
                                            HON. SALLIE KIM
27                                          United States Magistrate Judge

28

[~~PROPOSED~~] ORDER                        1
20-mj-70917 MAG